

**FILED**

05/20/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: AF 07-0385

## IN THE SUPREME COURT OF THE STATE OF MONTANA

### AF 07-0385

_____

| | |
|---|---|
| IN THE MATTER OF THE ELECTION OF A DISTRICT COURT JUDGE TO THE JUDICIAL STANDARDS COMMISSION | O R D E R |

_____

Pursuant to § 3-1-1101, MCA, an election was held by the District Court Judges to elect two District Court Judge members to the Judicial Standards Commission.

Now, therefore, I, Mike McGrath, Chief Justice of the Supreme Court of the State of Montana, in accordance with the results of said procedure, do hereby CERTIFY that the Honorable Randal I. Spaulding of the Fourteenth Judicial District Court, and the Honorable Mike Menahan of the First Judicial District Court were re-elected as members of the Commission for terms expiring on June 30, 2025.

The Clerk is directed to provide a copy of this Order to the Montana Secretary of State; to the Honorable Randal I. Spaulding, to the Honorable Mike Menahan; to the State Bar of Montana; to Shelly Smith, Office Administrator of the Judicial Standards Commission; and to each member of the Judicial Standards Commission.

IN WITNESS WHEREOF I have set my hand and caused the seal of this Court to be affixed this 20th day of May, 2021.

_____
Chief Justice